1 | Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
2 | Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
3 | Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
4 |
**BUNSOW DE MORY LLP**
5 | 701 El Camino Real
Redwood City, CA 94063
6 | Telephone:   (650) 351-7248
Facsimile:   (415) 426-4744
7 |
8 |
*ATTORNEYS FOR PLAINTIFF*
9 | *LARRY G. PHILPOT*

10
11
12

**UNITED STATES DISTRICT COURT**

13

**CENTRAL DISTRICT OF CALIFORNIA**

14
15
16 | LARRY G. PHILPOT,               CASE NO. 2:18-cv-6620
17 |
        Plaintiffs,
18 |                               **COMPLAINT FOR
        v.                        COPYRIGHT
19 |                               INFRINGEMENT,
                                  VIOLATIONS OF THE
20 |                              DIGITAL MILLENIUM
21 | METABRAINZ FOUNDATION, INC.   COPYRIGHT ACT**
22 |    Defendant.
23 |
24 |                               JURY TRIAL DEMANDED
25
26
27
28

COMPLAINT                                    CASE NO. 2:18-cv-6620

1     Larry G. Philpot ("Mr. Philpot" or "Plaintiff") complains against defendant

2    MetaBrainz Foundation, Inc. ("MetaBrainz" or "Defendant") as follows:

3    1.     Mr. Philpot is a professional photographer who has taken many well-known

4    and sought-after photographs of musicians live in concert.  Defendant MetaBrainz has

5    used numerous of Mr. Philpot's photographs, without Mr. Philpot's permission and

6    with the photographs' metadata and copyright management information stripped.  As

7    such, MetaBrainz is liable to Mr. Philpot for damages for copyright infringement and

8    violations of the Digital Millennium Copyright Act.

9                           **JURISDICTION AND VENUE**

10   2.     This civil action arises under the United States Copyright Act, 17 U.S.C. § 101

11   *et seq*, and under the Digital Millennium Copyright Act, 17 U.S.C. § 1202 *et seq*. This

12   Court has jurisdiction over this action under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), 17

13   U.S.C. § 1202, and 28 U.S.C. § 1338.

14   3.     This Court has personal jurisdiction over MetaBrainz by virtue of the fact that

15   it transacts and does business in this District and is incorporated in the state of

16   California.  Upon information and belief, MetaBrainz maintains a business location

17   in San Luis Obispo, California.  A substantial part of the relevant events alleged in

18   this Complaint occurred in this District.

19   4.     Venue is also proper in this District pursuant to 28 U.S.C. §§ 1391(b) and

20   1400(a) because MetaBrainz transacts, does business, and maintains a business

21   location in this District, because its website targets residents in this District, and

22   because a substantial part of the events or omissions giving rise to the claims occurred

23   in this District.

24                                  **PARTIES**

25   5.     Mr. Philpot is a professional photographer whose work focuses exclusively on

26   concert events across the United States.  Mr. Philpot resides in Indianapolis, Indiana.

27   Mr. Philpot's photographs of leading concert performers are known for their high

28   quality and acuity.

6.      Defendant MetaBrainz is a California domestic nonprofit with its principal place of business at 3565 South Higuera Street, Suite B, San Luis Obispo, CA 93401.

7.      MetaBrainz operates a website at www.musicbrainz.org that purports to be an "open music encyclopedia that collects music metadata and makes it available to the public."  According to its website, MusicBrainz.org is maintained by a global community of users and encourages users to participate by posting content on its website.  MusicBrains.org also states that it aims to "allow[] anyone to contribute and release[] the data under open licenses."

## FACTS COMMON TO ALL COUNTS

8.      On October 4, 2009, Mr. Philpot took a photograph of entertainer John Mellencamp in performance at Farm Aid 2009 in Saint Louis, Missouri (the "Mellencamp Photograph").  The photograph is an original work that is copyrighted under United States law and was registered with the United States Copyright Office on May 14, 2013 with the Certificate Number VAu 1-164-648.  Plaintiff's registration is attached hereto as **Exhibit A**.

9.      Mr. Philpot has been and is the sole owner of the copyright.  The Mellencamp Photograph was first uploaded to the Wikimedia website by Mr. Philpot on or about October 5, 2013.  A true and correct copy of the Mellencamp Photograph is attached hereto as **Exhibit B**.

10.     On August 2, 2013, Mr. Philpot took a photograph of entertainer Chris Daughtry in performance in Indianapolis, Indiana (the "Daughtry Photograph").  The photograph is an original work that is copyrighted under United States law with the United States Copyright Office on August 15, 2013, with the Certificate Number VAu 1-164-624.  Plaintiff's registration is attached hereto as **Exhibit C**.

11.     Mr. Philpot has been and is the sole owner of the Daughtry Photograph.  The Daughtry Photograph was first uploaded to the Wikimedia website by Mr. Philpot on or about September 12, 2013.  A true and correct copy of the Daughtry Photograph is attached hereto as **Exhibit D**.

12.     On April 20, 2011, Mr. Philpot took a photograph of entertainer Devon Allman in performance in Memphis, Tennessee (the "Allman Photograph").  The photograph is an original work that is copyrighted under United States law and was registered with the United States Copyright Office on May 14, 2013 with the Certificate Number VAu 1-164-648.  Plaintiff's registration is attached hereto as **Exhibit A**.

13.     Mr. Philpot has been and is the sole owner of the Allman Photograph.  The Allman Photograph was first uploaded to the Wikimedia website by Mr. Philpot on or about October 4, 2013.  A true and correct copy of the Allman Photograph is attached hereto as **Exhibit E**.

14.     On October 2, 2010, Mr. Philpot took a photograph of entertainer Jeff Tweedy in performance at Farm Aid 2010 in Milwaukee, Wisconsin (the "Tweedy Photograph").  The photograph is an original work that is copyrighted under United States law and was registered with the United States Copyright Office on May 14, 2013 with the Certificate Number VAu 1-164-648.  Plaintiff's registration is attached hereto as **Exhibit A**.

15.     Mr. Philpot has been and is the sole owner of the Tweedy Photograph.  The Tweedy Photograph was first uploaded to the Wikimedia website by Mr. Philpot on or about October 4, 2013.  A true and correct copy of the Tweedy Photograph is attached hereto as **Exhibit F**.

16.     On July 6, 2013, Mr. Philpot took a photograph of entertainer Kelly Hansen in performance in Milwaukee, Wisconsin (the "Hansen Photograph").  The photograph is an original work that is copyrighted under United States law with the United States Copyright Office on August 15, 2013, with the Certificate Number VAu 1-164-624.  Plaintiff's registration is attached hereto as **Exhibit C**.

17.     Mr. Philpot has been and is the sole owner of the Hansen Photograph.  The Hansen Photograph was first uploaded to the Wikimedia website by Mr. Philpot on or about September 12, 2013.  A true and correct copy of the Hansen Photograph is attached hereto as **Exhibit G**.

18.     On July 31, 2013, Mr. Philpot took a photograph of entertainer Ted Nugent in performance in Indianapolis, Indiana (the "Nugent Photograph").  The photograph is an original work that is copyrighted under United States law with the United States Copyright Office on August 15, 2013, with the Certificate Number VAu 1-164-624. Plaintiff's registration is attached hereto as **Exhibit C**.

19.     Mr. Philpot has been and is the sole owner of the Nugent Photograph.  The Nugent Photograph was first uploaded to the Wikimedia website by Mr. Philpot on or about September 12, 2013.  A true and correct copy of the Nugent Photograph is attached hereto as **Exhibit H**.

20.     On June 28, 2013, Mr. Philpot took a photograph of entertainer Tom Petty in performance in Milwaukee, Wisconsin (the "Petty Photograph").  The photograph is an original work that is copyrighted under United States law with the United States Copyright Office on August 15, 2013, with the Certificate Number VAu 1-164-624. Plaintiff's registration is attached hereto as **Exhibit C**.

21.     Mr. Philpot has been and is the sole owner of the Petty Photograph.  The Petty Photograph was first uploaded to the Wikimedia website by Mr. Philpot on or about September 12, 2013.  A true and correct copy of the Petty Photograph is attached hereto as **Exhibit I**.

22.     On August 20, 2011, Mr. Philpot took a photograph of entertainer Buddy Guy in performance in Albany, Indiana (the "Guy Photograph").  The photograph is an original work that is copyrighted under United States law and was registered with the United States Copyright Office on May 14, 2013 with the Certificate Number VAu 1-164-648.  Plaintiff's registration is attached hereto as **Exhibit A**.

23.     Mr. Philpot has been and is the sole owner of the Guy Photograph.  The Guy Photograph was first uploaded to the Wikimedia website by Mr. Philpot on or about October 5, 2013.  A true and correct copy of the Guy Photograph is attached hereto as **Exhibit J**.

24.     On October 4, 2009, Mr. Philpot took a photograph of entertainer Lukas Nelson in performance at Farm Aid 2009 in Saint Louis, Missouri (the "Lukas Nelson Photograph").  The photograph is an original work that is copyrighted under United States law and was registered with the United States Copyright Office September 5, 2012 with the Certificate Number VAu 1-132-411.  Plaintiff's registration is attached hereto as **Exhibit K**.

25.     Mr. Philpot has been and is the sole owner of the Lukas Nelson Photograph. The Lukas Nelson Photograph was first uploaded to the Wikimedia website by Mr. Philpot on or about October 4, 2013.  A true and correct copy of the Lukas Nelson Photograph is attached hereto as **Exhibit L**.

26.     On October 4, 2009, Mr. Philpot took a photograph of entertainer Willie Nelson in performance at Farm Aid 2009 in Saint Louis, Missouri (the "Willie Nelson Photograph").  The photograph is an original work that is copyrighted under United States law and was registered with the United States Copyright Office September 5, 2012 with the Certificate Number VAu 1-132-411.  Plaintiff's registration is attached hereto as **Exhibit K**.

27.     Mr. Philpot has been and is the sole owner of the Willie Nelson Photograph. The Willie Nelson Photograph was first uploaded to the Wikimedia website by Mr. Philpot on or about June 15, 2011.  A true and correct copy of the Willie Nelson Photograph is attached hereto as **Exhibit M**.

28.     Mr. Philpot has made the Mellencamp, Daughtry, Allman, Tweedy, Hansen, Nugent, Petty, Guy, and Lukas Nelson Photographs available through the website Wikimedia for reproduction, distribution, public display, public performance, and public digital performance of the photograph and derivative works, solely under and pursuant to the terms of the Creative Commons Attribution-ShareAlike 3.0 Unported license (the "CC 3.0 License").  The terms of the CC 3.0 License require the licensee to give appropriate credit, provide a link to the license, and indicate if changes were made. Only when these terms are met may a licensee copy and redistribute the

material in any medium or format and/or remix, transform, and build upon the material for any purpose, even commercially. This license requires that the photographs be attributed to Mr. Philpot.  A screenshot of the license and attribution requirements taken on July 31, 2018, is attached hereto as **Exhibit N**.

29.     Mr. Philpot has made Willie Nelson Photograph available through the website Wikimedia for reproduction, distribution, public display, public performance, and public digital performance of the photograph and derivative works, solely under and pursuant to the terms of the Creative Commons Attribution 2.0 Generic License (the "CC 2.0 License").  The terms of the CC 2.0 License require the licensee to give appropriate credit, provide a link to the license, and indicate if changes were made. Only when these terms are met may a licensee copy and redistribute the material in any medium or format. This license requires that the photographs be attributed to Mr. Philpot.  A screenshot of the license and attribution requirements taken on July 31, 2018, is attached hereto as **Exhibit Z**.

30.     The Mellencamp, Daughtry, Allman, Tweedy, Hansen, Nugent, Petty, Guy, Lukas Nelson, and Willie Nelson Photographs are collectively referred to herein as the "Subject Photographs."

31.     Mr. Philpot also licenses some small versions of the Subject Photographs through his personal website, available at http://www.soundstagephotography.com/, with the requirement that attribution be given to Mr. Philpot.

32.     On both the Wikimedia website and Mr. Philpot's personal website, the Subject Photographs contain copyright management information (CMI), including metadata, which indicate that Mr. Philpot is the author of the Subject Photographs, that the Subject Photographs must be attributed to Mr. Philpot, and that the Subject Photographs are copyrighted by Mr. Philpot.

33.     MetaBrainz has reproduced, publicly displayed, and publicly distributed the Subject Photographs on its www.musicbrainz.org website without authorization or proper attribution as required under the terms of the applicable license(s).

COMPLAINT                                          -6-                          CASE NO. 2:18-cv-6620

34.     Metabrainz's reproduction, public display, and public distribution of the Mellencamp Photograph is still available online and can be found at the following URL:    https://musicbrainz.org/artist/0aad6b52-fd93-4ea4-9c5d-1f66e1bc9f0a.  The publication of the Mellencamp Photograph on this website was first discovered by Mr. Philpot within the three years prior to the filing of this complaint.  A screen shot of this website is attached hereto as **Exhibit O**.

35.     Metabrainz's reproduction, public display, and public distribution of the Daughtry Photograph is still available online and can be found at the following URL: https://musicbrainz.org/artist/db377c15-8bec-4b59-ae37-e971d79d019c.  The publication of the Daughtry Photograph on this website was first discovered by Mr. Philpot within the three years prior to the filing of this complaint.  A screen shot of this website is attached hereto as **Exhibit P**.

36.     Metabrainz's reproduction, public display, and public distribution of the Allman Photograph is still available online and can be found at the following URL: https://musicbrainz.org/artist/67976cde-e6c4-477f-9e99-949f69e3cb3b.  The publication of the Allman Photograph on this website was first discovered by Mr. Philpot within the three years prior to the filing of this complaint.  A screen shot of this website is attached hereto as **Exhibit Q**.

37.     Metabrainz's reproduction, public display, and public distribution of the Tweedy Photograph is still available online and can be found at the following URL: https://musicbrainz.org/artist/63287966-6021-474a-ba76-edc37a5f1b7c.  The publication of the Tweedy Photograph on this website was first discovered by Mr. Philpot within the three years prior to the filing of this complaint.  A screen shot of this website is attached hereto as **Exhibit R**.

38.     Metabrainz's reproduction, public display, and public distribution of the Hansen Photograph is still available online and can be found at the following URL: https://musicbrainz.org/artist/3b123ee0-deae-40a2-8d00-b76567dabe4f.  The publication of the Hansen Photograph on this website was first discovered by Mr.

Philpot within the three years prior to the filing of this complaint.  A screen shot of this website is attached hereto as **Exhibit S**.

39.     Metabrainz's reproduction, public display, and public distribution of the Nugent Photograph is still available online and can be found at the following URL: https://musicbrainz.org/artist/e491fae8-3a5a-438e-8368-925753fb41a1.  The publication of the Nugent Photograph on this website was first discovered by Mr. Philpot within the three years prior to the filing of this complaint.  A screen shot of this website is attached hereto as **Exhibit T**.

40.     Metabrainz's reproduction, public display, and public distribution of the Petty Photograph is still available online and can be found at the following URL: https://musicbrainz.org/artist/5ca3f318-d028-4151-ac73-78e2b2d6cdcc.  The publication of the Petty Photograph on this website was first discovered by Mr. Philpot within the three years prior to the filing of this complaint.  A screen shot of this website is attached hereto as **Exhibit U**.

41.     Metabrainz's reproduction, public display, and public distribution of the Guy Photograph is still available online and can be found at the following URL: https://musicbrainz.org/artist/4336a134-d091-4e54-9967-c7c433db6d4e.  The publication of the Guy Photograph on this website was first discovered by Mr. Philpot within the three years prior to the filing of this complaint.  A screen shot of this website is attached hereto as **Exhibit V**.

42.     Metabrainz's reproduction, public display, and public distribution of the Lukas Nelson Photograph is still available online and can be found at the following URL: https://musicbrainz.org/artist/3e3dae82-05b5-41ff-97c9-d69648a16a80.  The publication of the Lukas Nelson Photograph on this website was first discovered by Mr. Philpot within the three years prior to the filing of this complaint.  A screen shot of this website is attached hereto as **Exhibit W**.

43.     Metabrainz's reproduction, public display, and public distribution of the Willie Nelson Photograph is still available online and can be found at the following URL:

1   https://musicbrainz.org/artist/668fd73c-bf54-4310-a139-305517f05311.  The

2   publication of the Willie Nelson Photograph on this website was first discovered by

3   Mr. Philpot within the three years prior to the filing of this complaint.  A screen shot

4   of this website is attached hereto as **Exhibit X**.

5   44.   Despite having no permission, consent, or license to do so, MetaBrainz has, for

6   commercial gain and purpose, reproduced, distributed, and publicly displayed the

7   Subject Photographs.   MetaBrainz has also made available, specifically for

8   advertising, third party's distribution, display and public and sharing the Subject

9   Photographs with the DMCA Copyright management information and metadata

10   stripped from all versions of the photos.  MetaBrainz instead displayed Plaintiff's

11   copyrighted photos, stripped of the DMCA Copyright management information and

12   metadata with improper attribution to "Wikimedia Commons."

13   45.   On September 18, 2017, Mr. Philpot, through counsel, sent a cease and desist

14   letter to MetaBrainz at its San Luis Obispo, California address.  The letter informed

15   MetaBrainz of its infringement of the Mellencamp Photograph and asked MetaBrainz

16   to either remove the photograph, or to give Mr. Philpot proper attribution as required

17   by law.  To date, MetaBrainz has not responded to the letter, and has not removed the

18   Mellencamp Photograph from its website.  A copy of the cease and desist letter is

19   attached hereto as **Exhibit Y**.

20                        **FIRST CLAIM FOR RELIEF**

21                   **Copyright Infringement, 17 U.S.C. § 501**

22   46.   Plaintiff, Philpot incorporates herein by reference the allegations in paragraphs

23   1 - 45, above.

24   47.   Plaintiff is the owner of all rights, title, and interest in the copyrights to the

25   Subject Photographs, which consist of material wholly original and which are

26   copyrighted subject matter under the laws of the United States.  Plaintiff has complied

27   in all respects with the Copyright Act and all the laws of the United States governing

28   copyrights.  The Subject Photographs have been timely registered with the United

1   States Copyright Office, including for purposes of Plaintiff's recovery of attorneys'

2   fees and statutory damages.

3   48.   Defendant has directly infringed Plaintiff's copyrights by reproducing,

4   displaying, distributing and utilizing Plaintiff's Subject Photographs for purposes of

5   trade in violation of 17 U.S.C. § 501 et seq., without properly attributing the

6   photographs to Plaintiff and, on information and belief, removing and/or altering the

7   photographs' identifying metadata and copyright management information and/or

8   having knowledge of its removal and/or alteration.

9   49.   On information and belief, Defendant has willfully infringed Plaintiff's

10   copyrights by altering the Subject Photographs, by using the Subject Photographs on

11   its website without properly attributing the Subject Photographs to Plaintiff, after

12   removing and/or altering the photographs' identifying metadata and copyright

13   management information and/or having knowledge of its removal and/or alteration,

14   by misattributing Plaintiff's copyright to "Wikimedia Commons," and by failing to

15   remove or attribute the Mellencamp Photograph after receiving Mr. Philpot's cease

16   and desist letter.

17   50.   As a result of Defendant's acts of copyright infringement, Plaintiff has suffered

18   substantial damages in an amount to be established at trial.

19   51.   As a result of Defendant's acts of copyright infringement as alleged herein,

20   Defendant has obtained direct and indirect profits it would not otherwise have realized

21   but for its infringements.  As such, Plaintiff is entitled to disgorgement of Defendant's

22   profits directly and indirectly attributable to Defendant's infringements of the Subject

23   Photographs, in an amount to be established at trial.

24   52.   Plaintiff is informed and believes and thereon alleges that Defendant has

25   committed the acts of infringement alleged herein with actual knowledge or reckless

26   conduct, thus acting in disregard to Plaintiff's rights such that Plaintiff is entitled to a

27   finding of willful infringement and enhanced damages.

28

COMPLAINT                            -10-                    CASE NO. 2:18-cv-6620

## SECOND CLAIM FOR RELIEF

### For Violations of the Digital Millennium

### Copyright Act, 17 U.S.C. §§ 1202 and 1203

53.     Plaintiff Philpot incorporates here by reference the allegations in paragraphs 1 - 52 above.

54.     Plaintiff is informed and believes and thereon alleges that Defendant violated 17 U.S.C. §1202 et seq. by intentionally removing or altering the Subject Photographs' identifying metadata and copyright management information without the authority of Plaintiff or the law, and/or by distributing the photograph with the identifying metadata and copyright management information removed and/or altered, knowing the same had been removed or altered without the authority of Plaintiff or the law, knowing or having reasonable grounds to know that such actions would induce, enable, facilitate, or conceal an infringement of Plaintiff's rights.

55.     Specifically, Plaintiff is informed and believes, and thereon alleges, that Defendant took the Subject Photographs from Wikimedia and/or other online locations which included metadata identifying Plaintiff as the photographer and owner, and without the authority of Plaintiff or the law, removed and/or altered that rights management information, and/or that Defendant took the Subject Photographs knowing that the copyright management information had been removed and/or altered without the authority of Plaintiff or the law, and used the photographs on its website knowing, or having reasonable grounds to know, that it would induce, enable, facilitate, or conceal an infringement of Plaintiff's rights. and in addition by failing to remove or attribute the Mellencamp Photograph after receiving Mr. Philpot's cease and desist letter

56.     Plaintiff is informed and believes and thereon alleges that Defendant further violated 17 U.S.C. §1202 et seq. by knowingly and with the intent to induce, enable, facilitate, or conceal infringement, providing copyright management information that

is false and distributing copyright management information that is false, by failing to attribute the photographs to Plaintiff.

57.    The above conduct is in violation of the Digital Millennium Copyright Act and exposes Defendant to additional and enhanced common law and statutory damages and penalties, including in the form of Plaintiff's costs and attorneys' fees.

58.    Plaintiff is informed and believes and thereon alleges that Defendant's conduct as alleged herein was willful, reckless, and/or with knowledge, and that Defendant acted knowing, or, with respect to civil remedies under section 1203, having reasonable grounds to know, that its actions would induce, enable, facilitate, or conceal an infringement of any right under this title, and that Defendant also acted knowingly and with the intent to induce, enable, facilitate, or conceal infringement, so that Plaintiff is entitled to seek enhanced damages and penalties.

59.    As a result of Defendant's actions, Plaintiff has suffered substantial damages in an amount to be established at trial.

60.    As a result of Defendant's actions, Defendant has obtained direct and indirect profits it would not otherwise have realized.  Plaintiff is entitled to disgorgement of Defendant's profits, in an amount to be established at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests judgment against Defendant as follows:

      a.  That Defendant and its respective agents and employees and those acting in concert with them be enjoined from infringing Plaintiff's copyrights in any manner, specifically those for the Subject Photographs;

      b.  That Plaintiff be awarded all profits of Defendant plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendant through its infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages under the Copyright Act, 17 U.S.C. § 101 et seq.;

1   c. That Plaintiff be awarded damages for Defendant's violations of 17

2     U.S.C. § 1202, including all available damages under 17 U.S.C. § 1203;

3   d. That Plaintiff be awarded its attorneys' fees as available under the

4     Copyright Act 17 U.S.C. § 101 et seq.;

5   a. That Plaintiff be awarded pre-judgment interest as allowed by law;

6   b. That Plaintiff be awarded the costs of this action; and

7   c. That Plaintiff be awarded such further legal and equitable relief as the

8     Court deems proper.

9

10         **DEMAND FOR JURY TRIAL**

11  Plaintiff Larry Philpot hereby demands trial by jury of all issues so triable under

12 the law.

13

14           Respectfully submitted,

15

16  Dated: August 1, 2018    By: */s/ Michael N. Zachary*

               Michael N. Zachary (SBN 112479)

17             mzachary@bdiplaw.com

               Nicholas S. Mancuso (SBN 271668)

18             nmancuso@bdiplaw.com

               Hillary N. Bunsow (SBN 278719)

19             hillarybunsow@bdiplaw.com

20             **BUNSOW DE MORY LLP**

               701 El Camino Real

21             Redwood City, CA 94063

22             Telephone:  (650) 351-7248

               Facsimile:   (415) 426-4744

23

24             *ATTORNEYS FOR PLAINTIFF*

25             *LARRY G. PHILPOT*

26

27

28