# Exhibit B



# File:Mellencamp 354.jpg

From Wikimedia Commons, the free media repository

 Download all sizes   Use this file on the web   Use this file on a wiki   Email a link to this file

 Information about reusing  



Size of this preview: 399 × 599 pixels.
Original file (533 × 800 pixels, file size: 377 KB, MIME type: image/jpeg)

**Open in Media Viewer**

# Summary

| Description | **English:** John Mellencamp performs at Farm Aid, 2009. |
|---|---|
| **Date** | 4 October 2009, 21:30:55 |
| **Source** | Own work |
| **Author** | Larry Philpot |

For Attribution, please use: Photo by Larry Philpot, www.soundstagephotography.com

# Licensing



**I, the copyright holder of this work, hereby publish it under the following license:**

This file is licensed under the Creative Commons Attribution-Share Alike 3.0 Unported (https://creativecommons.org/licenses/by-sa/3.0/deed.en) license.

You are free:

- **to share** – to copy, distribute and transmit the work
- **to remix** – to adapt the work

Under the following conditions:

- **attribution** – You must attribute the work in the manner specified by the author or licensor (but not in any way that suggests that they endorse you or your use of the work).
- **share alike** – If you alter, transform, or build upon this work, you may distribute the resulting work only under the same or similar license to this one.

# File history

Click on a date/time to view the file as it appeared at that time.

| | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | 23:03, 5 October 2013 | | 533 × 800 (377 KB) | Nightshooter (talk | contribs) | User created page with UploadWizard |

- You cannot overwrite this file.

# File usage on Commons

There are no pages that link to this file.

# File usage on other wikis

The following other wikis use this file:

- Usage on en.wikipedia.org
  - Ghost Brothers of Darkland County
- Usage on es.wikipedia.org
  - John Mellencamp

# Metadata

This file contains additional information such as Exif metadata which may have been added by the digital camera, scanner, or software program used to create or digitize it. If the file has been modified from its original state, some details such as the timestamp may not fully reflect those of the original file. The timestamp is only as accurate as the clock in the camera, and it may be completely wrong.

| | |
|---|---|
| Camera manufacturer | Canon |
| Camera model | Canon EOS-1Ds Mark III |
| Copyright holder | Copyright, Larry Philpot 2013 |
| Exposure time | 1/80 sec (0.0125) |
| F-number | f/4 |
| ISO speed rating | 800 |
| Date and time of data generation | 21:30, 4 October 2009 |
| Lens focal length | 200 mm |

Retrieved from "https://commons.wikimedia.org/w/index.php?title=File:Mellencamp_354.jpg&oldid=236915138"

**This page was last edited on 12 March 2017, at 22:13.**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy.