# Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-164-624**

Effective date of registration:

August 21, 2013

---

## Title

- **Title of Work:** Concert photographs through August 15, 2013

## Completion/Publication

- **Year of Completion:** 2013

## Author

- **Author:** Larry Gene Philpot
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States        **Domiciled in:** United States
- **Year Born:** 1953

## Copyright claimant

- **Copyright Claimant:** Larry Gene Philpot
  12527 Winding Creek Lane, Indianapolis, IN, 46236

## Certification

- **Name:** Larry G. Philpot
- **Date:** August 15, 2013

Page 1 of 1

**Registration #:** VAU001164624
**Service Request #:** 1-979744461



Larry Philpot
8125 Halyard Way
Indianapolis, IN 46236  United States