MICHAEL S. HORIKAWA #267014
michael.horikawa@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7121
Facsimile No.: (213) 226-4251

EDWARD A. CAVAZOS (pro hac vice)
ed.cavazos@pillsburylaw.com
BRIAN C. NASH (pro hac vice)
brian.nash@pillsburylaw.com
BENJAMIN L. BERNELL (pro hac vice)
ben.bernell@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX 78701
Telephone: (512) 580-9608
Facsimile: (512) 580-9601

Attorneys for Defendant METABRAINZ FOUNDATION, INC.

Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

Attorneys for Plaintiff LARRY G. PHILPOT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>  Plaintiff,<br><br>  v.<br><br>METABRAINZ Foundation, Inc.<br><br>  Defendant. | CASE NO. 2:18-cv-6620 PA (AGRx)<br><br>**JOINT REPORT REGARDING DISCOVERY DISPUTE**<br><br>Discovery Cutoff: May 6, 2019<br>Pretrial Conference: June 21, 2019<br>Trial Date: July 16, 2019 |

Defendant MetaBrainz Foundation, Inc. ("Defendant" or "MetaBrainz") and Plaintiff Larry G. Philpot ("Plaintiff") (collectively, the "Parties"), having conferred telephonically pursuant to Local Rule 37-1 in a good faith effort to resolve these discovery disputes, respectfully submit this Joint Agenda for the Telephonic Discovery Conference that Defendant requested on February 11, 2019. The Court scheduled the Telephonic Discovery Conference to take place February 19, 2019 at 10:00 am.

MetaBrainz served on Plaintiff its first sets of requests for production interrogatories on December 5, 2018. Plaintiff served its objections and responses on January 11, 2019. Expert reports are due on March 11, 2019, and the discovery cutoff is May 6, 2019.

MetaBrainz intends to address the following issues pertaining to Plaintiff's responses to MetaBrainz's discovery requests:

1. <u>Defendant</u>: Plaintiff has objected to all of MetaBrainz's discovery requests on attorney-client privilege and/or work-product grounds and has confirmed that certain documents are being withheld on such objections. MetaBrainz has therefore requested a privilege log identifying each such withheld documents and their related information (subject, date, author, recipient, etc.). However, MetaBrainz does not seek a privilege log for documents created after the filing of suit. <u>Plaintiff</u>: Plaintiff has offered to provide a "categorical" privilege log to identify pre-suit communications between Mr. Philpot and his litigation counsel in this suit, and between Mr. Philpot and his prior counsel who sent a cease and desist letter to Defendant, including who participated in the communications, and the date range thereof. Mr. Philpot is not aware of any other privileged communications that relate to Defendant MetaBrainz or this lawsuit, but is willing to log them if located. Mr. Philpot objects to creating a log of his

communications with counsel in unrelated litigations that do not relate to MetaBrainz or this suit.

2. <u>Defendant</u>:  MetaBrainz has requested information and documents concerning Plaintiff's alleged status as a "professional photographer," his alleged ability to produce "well-known," "sought-after," or "highly popular" photographs, *see* Dkt. No. 1 ¶1; *see also* Dkt. No. 28 at 1, and Plaintiff's alleged damages, which Plaintiff claims to include "lost prospective contracts, licensing opportunities, and business referrals." *See, e.g.*, Response to Interrogatory No. 7. MetaBrainz believes documents pertaining to Plaintiff's income, such as tax returns and bank account information for the pertinent time period that would reflect Plaintiff's revenue and the sources thereof, are relevant.  <u>Plaintiff</u>:  Plaintiff has offered to produce licenses and/or settlement agreements which set forth all of the revenue Plaintiff has received concerning the ten photos at issue in this lawsuit.  Plaintiff has declined to produce his personal tax returns and bank account information on the grounds that such production would be unduly burdensome, invasive, and not proportional to the needs of this case.

3. <u>Defendant</u>:  MetaBrainz has requested all sworn statements made by Plaintiff concerning his concert photography, such as affidavits, depositions, and discovery responses supported by a verification.  <u>Plaintiff</u>: Plaintiff has offered to produce deposition transcripts and sworn statements from other cases pertaining to the ten photographs at issue in this case, to the extent Plaintiff has such documents in his possession or they can be readily obtained from counsel in those other cases.

Respectfully submitted,

Dated: February 14, 2019

By: */s/ Edward A. Cavazos*
Edward A. Cavazos
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX 78701
Telephone: (512) 580-9629
Facsimile: (512) 580-9601

Attorney for Defendant
MetaBrainz Foundation, Inc.

Dated: February 14, 2019

By: */s/ Michael N. Zachary*
Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7253

Attorneys for Plaintiff
Larry G. Philpot

Pursuant to Civil L.R. 54-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.