Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

Attorneys for Plaintiff
LARRY G. PHILPOT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>Plaintiffs,<br><br>v.<br><br>METABRAINZ Foundation, Inc.<br><br>Defendant. | CASE NO. 2:18-cv-6620 PA (AGRx)<br><br>**PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING DISCOVERY DISPUTE**<br><br>Discovery Cutoff: May 6, 2019<br>Pretrial Conference: June 21, 2019<br>Trial Date: July 16, 2019 |

Plaintiff Larry G. Philpot ("Plaintiff" or "Mr. Philpot") respectfully submits this Supplemental Brief for the Telephonic Discovery Conference to be held on February 22, 2019. This conference is a continuation of the initial Telephonic Discovery Conference that occurred on February 19, 2019, as requested by Defendant Metabrainz Foundation, Inc.

Plaintiff requests that the Court consider the following authority in connection with category number 2 from the parties' Joint Report Regarding Discovery Dispute:

1. *Philpot v. Cunningham*, No. 3:18-cv-00152-BN, N.D. Tex., Doc. Nos. 43 & 54. In this case, the court denied the defendant's motion to compel Mr. Philpot's tax returns. The court found that the defendant could obtain the information it sought through bank records instead of tax returns.

Dated: February 21, 2019

Respectfully submitted,


By:___*/s/ Hillary N. Bunsow*_____
Hillary N. Bunsow

Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7253

Attorneys for Plaintiff
Larry G. Philpot