Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

Attorneys for Plaintiff
*Larry G. Philpot*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. PHILPOT, | CASE NO. 2:18-cv-6620 PA (AGRx) |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| METABRAINZ FOUNDATION, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Larry G. Philpot ("Plaintiff") and Defendant Metabrainz Foundation, Inc. ("Defendant") hereby stipulate to the dismissal with prejudice of this action, each party to bear its own costs and attorney's fees, provided that Defendant reserves its rights under Federal Rule of Civil Procedure 41(d), 28 U.S.C. § 1927, or otherwise, to seek reimbursement for its costs and attorneys' fees associated with this proceeding if Plaintiff files a later action against Defendant based on or including substantially the same claim or claims or arising out of the same set of operative facts.

Respectfully submitted,

Dated: February 28, 2019

By: */s/ Hillary N. Bunsow*
Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone:  (650) 351-7248
Facsimile:   (415) 426-4744

Attorneys for Plaintiff
*Larry G. Philpot*

Dated: February 28, 2019

By: */s/ Brian C. Nash*
Michael S. Horikawa #267014
michael.horikawa@pillsburylaw.com
Edward A. Cavazos (pro hac vice)

-1-

STIPULATED DISMISSAL WITH PREJUDICE

CASE NO. 2:18-cv-6620 PA (AGRx)

| | |
|---|---|
| 1 | ed.cavazos@pillsburylaw.com<br>Brian C. Nash (pro hac vice)<br>brian.nash@pillsburylaw.com |
| 2 | Benjamin L. Bernell (pro hac vice)<br>ben.bernell@pillsburylaw.com |
| 3 | **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>401 Congress Avenue, Suite 1700 |
| 4 | Austin, TX 78701<br>Telephone: (512) 580-9629<br>Facsimile: (512) 580-9601 |
| 5 | |
| 6 | Attorneys for Defendant |
| 7 | *Metabrainz Foundation, Inc.* |

-2-

STIPULATED DISMISSAL WITH PREJUDICE        CASE NO. 2:18-cv-6620 PA (AGRx)

# ATTESTATION

Pursuant to Civil L.R. 54-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 28, 2019

By: */s/ Hillary N. Bunsow*
Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

Attorneys for Plaintiff
*Larry G. Philpot*

-3-

STIPULATED DISMISSAL WITH PREJUDICE

CASE NO. 2:18-cv-6620 PA (AGRx)